UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) | CIVIL ACTION NO. 1:96-CV-10804-DPW |
| Plaintiff, | ) ) ) | No. 1:04-CV-10652-DPW |
| v. | ) ) | [BEACON HEIGHTS SITE] No. 1:04-CV-10667-DPW |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) ) ) ) ) | [LAUREL PARK SITE] |
| Defendants. | ) ) | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding the Beacon Heights and Laurel Park Sites;

- Appendix to Black & Decker's Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding the Beacon Heights and Laurel Park Sites; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding the Beacon Heights and Laurel Park Sites.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470