UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | NO. 96-10804-DPW |
| | ) | NO. 1:04-CV-10652-DPW |
| Plaintiff, | ) | (Beacon Heights Site) |
| | ) | NO. 1:04-CV-10667-DPW |
| v. | ) | (Laurel Park Site) |
| | ) | |
| THE BLACK & DECKER CORPORATION, | ) | |
| BLACK & DECKER, INC., BLACK & DECKER | ) | |
| (U.S.) INC., EMHART CORPORATION, and | ) | |
| EMHART INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS REPLY MEMORANDUM IN
SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT REGARDING THE
BEACON HEIGHTS AND LAUREL PARK SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2,

for leave to file under seal the Reply Memorandum In Support Of Black & Decker's Motions For

Summary Judgment Regarding the Beacon Heights and Laurel Park Sites and the accompanying

Affidavit of Richard L. Binder.  Said filings contain or refer to confidential documents produced

by the parties pursuant to protective orders designed to ensure the confidentiality of said

documents.  Said filings also responds to Liberty Mutual filings which themselves were filed

under seal.  Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order

authorizing the sealing of the memorandum and affidavit, filed in connection with its summary

judgment motions.

Black & Decker also requests that the Court maintain said documents under seal until this

action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,


Dated:  December 20, 2004                    /s/ Jack R. Pirozzolo
                                             Jack R. Pirozzolo, BBO# 400400
                                             Richard L. Binder, BBO# 043240
                                             Willcox, Pirozzolo & McCarthy
                                             Professional Corporation
                                             50 Federal Street
                                             Boston, Massachusetts  02110
                                             (617) 482-5470